AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| CARLOS ALBERTO SANCHEZ, <br><br> *Plaintiff(s)* <br> v. <br> TOP CITY GOURMET, INC., and ALI T. MOZEB, and MOHAMED MOZEB, individually, <br><br> *Defendant(s)* | Civil Action No.  23 cv 8290  LDH-RML |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TOP CITY GOURMET, INC., 144 Wyckoff Avenue, Brooklyn, New York 11237

ALI T. MOZEB, 144 Wyckoff Avenue, Brooklyn, New York 11237

MOHAMED MOZEB, 144 Wyckoff Avenue, Brooklyn, New York 11237

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cilenti & Cooper, PLLC
60 East 42nd Street - 40th Floor
New York, NY 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brenna B. Mahoney

CLERK OF COURT

Date:  11/9/2023



*Signature of Clerk or Deputy Clerk*